# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | NO. 3:98-CR-005 |
| | ) | J. JORDAN |
| | ) | |
| RICHARD A. WILLIAMS | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF CONDITIONAL RELEASE

This criminal case is before the court on the recommendation Dr. Clif

Tennison, psychiatrist at Helen Ross McNabb Center, and the agreement of the

below-signed parties, that the defendant, Richard Austin Williams, be released on

certain conditions. The court has reviewed the materials provided by Dr. Tennison

and Helen Ross McNabb, and the court agrees that the defendant may be

conditionally released to the community under the following special conditions:

1. Mr. Williams shall be under the supervision of the U.S. Probation
Office, Eastern District of Tennessee, and will comply with all
conditions set forth. He will answer all inquiries by the probation
officer truthfully.

2. Mr. Williams shall reside at Midway Rehabilitation Center for up to
180 days, until appropriate housing is available. He will not at any time
change his place of residence without prior authorization from the U.S.
Probation Office.

3. Mr. Williams shall actively participate in, and cooperate with, a

regimen of mental health care and psychiatric aftercare as directed by the U.S. Probation Officer and administered by the treatment staff at Helen Ross McNabb Center, Inc. This is to include his voluntary admission on an inpatient basis for stabilization should it be deemed necessary. He must abide by all the rules, regulations, and instructions of the staff and comply with the treatment regimen recommended.

4. Mr. Williams shall continue to take all medications, including injectable units, as prescribed for him by the medical provider.

5. Mr. Williams shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information between the supervising U.S. Probation Officer, mental health treatment staff, and medical providers who will assist in evaluating Mr. Williams' ongoing appropriateness for community placement.

6. Mr. Williams shall abstain from alcohol and illegal drug usage, as well as the abuse of over-the-counter medications, and submit to testing for use of drugs and alcohol at the direction of the U.S. Probation Officer. He will participate in any program of substance abuse counseling, treatment, or therapy ordered by the U.S. Probation Officer. Mr. Williams will not frequent business establishments whose primary product to the consumer is alcoholic beverages or where controlled substances are illegally sold, used, distributed, or administered.

7. Mr. Williams shall not have in his possession at any time actual or imitation firearms or other deadly weapons. He shall submit to a warrantless search upon request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and will permit confiscation of any such contraband.

8. Mr. Williams shall not communicate with, or send any threatening communication to, the Boucherie Company USA in any way.

9. Mr. Williams' use of the internet shall be at the discretion of the U.S. Probation Officer.

10. Mr. Williams shall not commit a federal, state, or local crime, and he shall notify his U.S. Probation Officer within 72 hours if he is

Case 3:98-cr-00005-RLJ   Document 97   Filed 04/24/14   Page 2 of 4   PageID #: 68

arrested or questioned by any law enforcement officer. Mr. Williams shall not associate with any person convicted of a felony, unless granted permission to do so from his U.S. Probation Officer.

11. Mr. Williams is prohibited from operating, possessing, or purchasing a motor vehicle without written permission from his U.S. Probation Officer.

12. Mr. Williams shall not travel outside the designated area of supervision without permission from the U.S. Probation Officer.

13. Mr. Williams shall not engage in direct or third-party business ventures relating to the dental hygiene business.

14. Mr. Williams shall comply with all the standard conditions of supervision adopted by this court in Local Rule 83.10.

Mr. Williams shall be released on May 8, 2014, with transportation provided by Midway Rehabilitation Center.

Mr. Williams' failure to adhere to any of these conditions will result in his arrest and a subsequent review by this court to determine whether he remains eligible for continued release into the community or whether he is in need of hospitalization.

**IT IS SO ORDERED:**

_____
Hon. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_____
Jennifer Kolman
Assistant U.S. Attorney

Laura E. Davis
Attorney for Defendant

X
Richard Austin Williams
Defendant

Kathryn Callaway
U.S. Probation Officer